UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC.** | ) Case No.: 303CV918 JBA |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S REQUEST** |
| | ) **FOR ENTRY OF DEFAULT** |
| vs. | ) |
| | ) |
| **Thomas Neznek** | ) |
| | ) |
| Defendant | ) |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, THOMAS NEZNEK for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____
Date

_____
John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 8 day of July, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Thomas Neznek
6 Park Street
Apt 11
Enfield, CT 06082

_____
John M. McLaughlin, Esq.