UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 303CV918 JBA |
| | ) |
| Plaintiff, | ) AFFIDAVIT OF ATTORNEY FOR |
| | ) PLAINTIFF'S REQUEST FOR DEFAULT |
| vs. | ) |
| | ) |
| Thomas Neznek | ) |
| | ) |
| Defendant | ) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 23, 2003, the Plaintiff filed a Complaint against the Defendant, **Thomas Neznek**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On September 23, 2003, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. On or about January 13, 2003, Plaintiff's counsel reached verbal settlement with the Defendant's Attorney.

4. To date, the Defendant has failed and neglected to effectuate the terms of the settlement set forth.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

Page 1

6.  I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

7/9/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518