UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIRECTV, INC.** | ) | Case No.: 303CV918 JBA |
| Plaintiff, | ) ) | **ORDER FOR NOTICE OF REQUEST FOR DEFAULT** |
| vs. | ) ) | |
| **Thomas Neznek** | ) ) | |
| Defendant | ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk