UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, INC. | : | |
| v. | : | NO. 3:03cv918 (JBA) |
| NEZNEK | : | |

FILED
Oct 15  3 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #7]

Motion for Relief from Order [doc. #7] is GRANTED pursuant to Fed. R. Civ. P. 60(b)(1). Order of Dismissal [doc. #6] is hereby VACATED.

The Clerk is directed to restore this case to the active docket.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   October 15, 2004