UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Bridgeport)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 3:03-cv-00918-JBA |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF PLAINTIFF'S COUNSEL** |
| ) | **ATTORNEY JOHN M. McLAUGHLIN** |
| vs. ) | |
| ) | |
| **Thomas Neznek** ) | |
| ) | |
| Defendant ) | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

**GENERAL FACTUAL ASSERTIONS**

1. I, John M. McLaughlin, represent the Plaintiff in the above-entitled action.

2. I am a partner at the Law Firm of Green Miles Lipton & Fitz-Gibbon

3. I have used paralegals from the firm to assist me in this case.

**FACTUAL ASSERTIONS AS TO ATTORNEY'S FEES**

4. My usual hourly rate is $200.00 per hour. The usual hourly rate of the paralegals in our firm is $90.00 per hour. The usual hourly rate of support staff in our firm is $75.00 per hour. These rates are more than reasonable for telecommunication civil litigation specialists.

5. I am a member of the Federal Communications Bar Association and I have been heavily involved in telecommunications litigation since the early 1990's. I have represented DIRECTV, Inc. Comcast Corporate Entities and Coxcom, Inc. on literally hundreds of telecommunications piracy cases.

6. The time records have been edited to remove confidential communications with

the client. The Plaintiff reserves the right to amend its claim for attorney's fees and costs should Plaintiff's Counsel have to attend a Default Hearing and Plaintiff may also bear certain costs with reference to said hearing. The details of the time records to-date are set forth below. Also, I have already reduced the billable time from the actual time spent on reviewing and sorting my time records to take into account the first circuit case of *Brewster v. Dukakis*, 3 Fed.3d 488, (1st Cir. 1993) which provides that attorney's fees for work on affidavit for fees should be billed at a reduced rate.

**ATTORNEY'S HOURS:**

| | | |
|---|---|---|
| 5/20/04 | Review Draft Complaint | .80 |
| 7/6/04 | Review Draft of Request Entry of Default | .40 |
| 11/5/04 | Review/ Draft Motion, Affidavit, Memorandum and Proposed order | 1.00 |
| 11/5/04 | Review Attorney's Fees | No Charge |

**SUBTOTAL of hours**                                                                 2.20 X $200.00

**SUBTOTAL amounts**                                                                 $440.00

**PARALEGAL's HOURS:**

| | | |
|---|---|---|
| 5/20/04 | Draft Complaint | 1.20 |
| 7/6/04 | Prepare Draft of Request Entry of Default | .80 |
| 11/5/04 | Prepare Draft of Motion, Affidavit, Memorandum | 1.50 |
| 11/5/04 | Review Attorney's Fees | No Charge |

**SUBTOTAL of hours**                                                                 3.5 X 90.00

**SUBTOTAL amount**                                                                 $315.00

**Total Amount of Hours**                                                         $755.00

7. No attorney's fees have been paid by the Plaintiff in the case at bar because the case is covered by a contingency fee agreement and there has not been and may never be any actual recovery.

**OTHER FACTUAL ASSERTIONS**

8. The Default of the Defendant has been entered for failure to appear in this action.

9. On information and belief, the Defendant is not an infant or an incompetent and the Defendant is not in the military service

10. The undersigned believes the court can assess statutory damages in this matter without testimony. Yet, if the court believes testimony is necessary the Plaintiff will fully cooperate and provide fact witnesses and expert witnesses if required.

Subscribed and sworn to, under the pains and penalties of perjury.

11/18/04
Date

Respectfully Submitted for the Plaintiff,

John M. McLaughlin (CT16988)
Green Miles Lipton and Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-251

Page 3