UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, INC             :

   v.                      :        Civil No.  3:03CV918 (JBA)

THOMAS NEZNAK            :

### DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, U.S.D.J. as a result of the plaintiff's motion to enter default judgment. On October 19, 2004, a default was entered against the defendant Thomas Neznak.   The plaintiff filed a motion for default judgment which was granted in part after review and absent objection on May 11, 2005, in the amount of $6,000.00 and costs and fees of $755.00 for a total award of $6,755.00.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendant, in the amount of $6,755.00, which includes attorneys' fees and costs and the case is closed.

Dated at New Haven, Connecticut : May 12, 2005

KEVIN F. ROWE, Clerk

EOD_____

_____/s/_____
Betty J. Torday
Deputy Clerk